IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PAULETTA L. LAVENDER, et al,, :
:
    Plaintiff(s) :
: Case Number: 1:02cv387-SJD
vs. :
: District Judge Susan J. Dlott
CITY OF BLUE ASH, et al, :
:
    Defendant(s) :

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the docket of The Honorable William O. Bertelsman, sitting by designation

IT IS SO ORDERED.

    s/Susan J. Dlott
Susan J. Dlott
United States District Judge


    s/William O. Bertelsman
William O. Bertelsman
United States District Judge