**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**
**CASE NO. 1:02cv00387-SJD**

**PAULETTTA L. LAVENDER, ET AL**                                **PLAINTIFFS**

**v.**                                           <u>**ORDER**</u>

**CITY OF BLUE ASH, ET AL**                                     **DEFENDANTS**

This matter is before the court on the motion of defendants for summary judgment (docs. #13 and #14), and the court being advised,

**IT IS ORDERED** that oral argument on such motions be, and it is, hereby set on **Thursday, October 21, 2004 at 11:00 a.m.** in Judge Dlott's Courtroom, 8th Floor, U.S. Courthouse, in Cincinnati, Ohio before the undersigned.

This 17th day of September, 2004.



Signed By:
*William O. Bertelsman* WOB
United States District Judge