UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CASE NO. 1:02cv00387-SJD

**PAULETTTA L. LAVENDER, ET AL**                                    PLAINTIFFS

v.                                    <u>ORDER</u>

**CITY OF BLUE ASH, ET AL**                                         DEFENDANTS

The hearing with regard to the oral argument on the motion of defendants for summary judgment (docs. #13 and #14), previously set for October 18, 2004 at 11:00 a.m., did not proceed as scheduled.

**IT IS ORDERED** that said oral argument on such motions be, and it is, hereby **reset** on **Monday, November 15, 2004 at 11:30 a.m.** in Judge Dlott's Courtroom, 8th Floor, U.S. Courthouse, in Cincinnati, Ohio, before the undersigned.

This 4th day of October, 2004.



Signed By:
William O. Bertelsman  WOB
United States District Judge