UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CASE NO. 1:02cv00387-WOB

PAULETTTA L. LAVENDER;
CHERICE LAVENDER, by next friend
 Pauletta Lavender; and
CASSANDRA LAVENDER, by next friend
Pauletta Lavender                                         PLAINTIFFS

VS.                              **JUDGMENT**

CITY OF BLUE ASH;
POLICE OFFICER WELDON L. JULIEN,
BLUE ASH POLICE DEPARTMENT;
CITY OF MONTGOMERY;
POLICE OFFICER THOMAS WAGNER,
CITY OF MONTGOMERY POLICE DEPARTMENT;
POLICE OFFICER RONALD FREAD,
CITY OF MONTGOMERY POLICE DEPARTMENT          DEFENDANTS

Pursuant to the Opinion and Order of this court entered concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is entered for defendants, and that the complaint herein is **dismissed**, with prejudice, and **stricken** from the docket of this court.

This 22nd day of November, 2004.



Signed By:
William O. Bertelsman  WOB
United States District Judge