UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 DEC 27 AM 11:06

| | | |
|---|---|---|
| **PAULETTA L. LAVENDER, et al.** | : | Case No. C-1-02-387 |
| Plaintiffs, | : | (Judge Dlott) |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF BLUE ASH, et al.** | : | |
| Defendant. | : | **NOTICE OF APPEAL** |

Notice is hereby given, that Plaintiffs-Appellants, Paulette Lavendar, Cherice Lavendar and Cassandra Lavendar, by and through Counsel, appeals to the United States Sixth Circuit Court of Appeals from the decision and Judgment entered by the United States District Court, Southern District of Ohio, Western Division, on November 22, 2004, dismissing with prejudice all claims against the Defendants with prejudice. This Court has jurisdiction to hear this appeal pursuant to 28 U.S.C. § 1291 as the District Court's Judgment is a final Order in that it terminated the litigation on the merits.

Respectfully submitted,

*Tamara Parker*
**Kenneth L. Lawson (0042468)**
**Tamara R. Parker (0077207)**
Kenneth L. Lawson & Associates
The Dominion Building
808 Elm Street, Suite 100
Cincinnati, Ohio 45202
Telephone (513) 345-5000
Telecopier (513) 345-5005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document has been served upon the following by regular U.S. Mail, this 27th day of December, 2004.

Amanda Prebble, Esq.
Gary E. Becker, Esq.
1900 Chemed Center
255 E. Fifth Street
Cincinnati, OH 45202
*Attorney for the City of Blue Ash*

Terrence M. Donnellson, Esq.
9079 Montgomery Road
Cincinnati, OH 45242-7711
*Attorney for City of Montgomery*

Richard P. Gabelman, Esq.
Chris Schaefer, Esq.
Shannon Reynolds, Esq.
Hamilton County Prosecutor=s Office
230 E. Ninth Street, Suite 4000
Cincinnati, OH 45202-2151
*Attorney for Deputy Marc Eaves*

Robert J. Surdyk, Esq.
1300 W. Second Street
Suite 900
Dayton, OH 45402
*Attorney for City of Montgomery, Police Officers Thomas Wagner and Ronald Fread*

Tamara R. Parker