```
Mon Dec 27 11:25:01 2004

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

 Receipt No.    100 425124
 Cashier        mc1

 DO Code    Div No
  4651       1

 Sub Acct  Type Tender       Amount
 1:086900   N     1          105.00
 2:510000   N     1          150.00

 Total Amount         $      255.00

 KENNETH LAWSON

 NOTICE OF APPEAL 1:02CV387
```