UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 05-3058

Filed: February 8, 2006

PAULETTA L. LAVENDER; CHERICE LAVENDER, by next friend
Pauletta Lavender; CASSANDRA LAVENDER, by next friend
Pauletta Lavender

    Plaintiffs - Appellants

v.

CITY OF BLUE ASH; WELDON L. JULIEN, PO; CITY OF MONTGOMERY;
THOMAS WAGNER, PO; RONALD FREAD, PO

    Defendants - Appellees

1:02cv387

### MANDATE

Pursuant to the court's disposition that was filed 1/17/06 the mandate for this case hereby issues today.

A True Copy.

Attest:

_Nancy Barnes_
Deputy Clerk

COSTS:    NONE

Filing Fee ..........$
Printing ............$
    Total ........$